Greetings your Honor,

When I joined the military, I raised my right hand and promised to support and defend our great country at any cost. Subsequently, both as a Soldier and as a police officer, I have reaffirmed my commitment do so.  I have protected our nation at home for 17 years at the U.S. Capitol and abroad when I was deployed to Iraq in 2003. On January 6, 2021, was no different. I have given half of my life to a public servant.  I'm here today because I wanted to make sure Mr. Tate is held accountable for taking part in the violence of that fateful day.

Tate's participation was detrimental to the hundreds of officers and me in our attempt to restore order.  Over 140 officers were injured and whether he liked it or not, whether actively or inactively he was part of that mob of insurrectionists.

Tate was not sightseeing or being peaceful. He forced himself into the Capitol.  He was actively aiming for my head, intent on hitting me with a baton on multiple occasions, and accomplished his goal several times.  At one time, he hits me so hard that the visor of my helmet can be seen recoiling upward after getting hit with his brute force.  He refused to leave the area despite officers and I giving everyone verbal commands to leave.  He was actively blocking and impeding me from doing my job and getting to other rioters who were more violent than him.

Three years and half ago, Tate felt empowered, mighty, and powerful, because he had the mob supporting him.  He didn't care about his actions or the harm he was doing.  Today, he is seeking leniency and sounding remorseful.  I don't buy it.  He knew what he was doing and didn't care who he was hurting or if the officers had a family or not.  His actions as a member of the mob contributed to the prolongation of the chaos and to all that my family and I have suffered, physically, mentally, and financially since January 6.  He changed my life and not for the better.

If given a mulligan, he will not hesitate to return to the Capitol and, again, go through multiple layers of security to assault any officer on duty. Your honor, the country and the world witnessed it live on TV and it was a horrific chaos.  I lived the onslaught as it was happening and I survived it, barely.   I'm asking you for the maximum years in prison to deter him and others from doing this again.  Failure to hold Tate accountable will result the likelihood of another January 6.

Your Honor, it wasn't by chance that all those elected officials and their staff made it out to safety. They weren't harm but not because the lack of trying. The mob that Mr. Tate was part of wasn't giving hugs and kisses.  Officers like me risked our lives to stop people like HIM from threatening, killing, executing elected officials, and overthrowing our democracy.  Heed the warnings.  Make my sacrifice and those who died as result of that day count for something.

We defended the Capitol, not from a foreign entity from people like Mr. Tate. Downplaying what transpired would desecrate the sacrifices my fellow officers and I made to keep everyone

safe, including those who call rioters like Mr. Tate "hostages". It wasn't immigrants who attacked the US Capitol. Immigrant like me and many other officers who risked their lives to defend the Capitol native born citizens.  It was people like Mr. Tate who breached, assaulted the Capitol, and the officers.  I am asking for you to give him the same leniency he showed me when he was attacking me. NONE. Hold him accountable and give him the maximum sentence possible because he certainly didn't care about the irreparable damage he was inflicting on my body, my colleagues, our nation or his own family by taking part in the violent assault.

A███████ G████
Fr. United States Capitol Police Sergeant.