January 6, 2021, was my worst day. Like my fellow police officers on the front lines in Washington, I have spent the years since the riot at the U.S. Capitol carrying the enormous emotional weight of an event completely without precedent in modern American history.

As we held the police line on the Capitol's west front, we were called "traitors." We were accused of protecting pedophiles; we were told to "get courage" and "join our side." The jeering was accompanied by attacks with bear mace, flag poles, cattle prods, and other improvised weapons. We witnessed injured officers continuing to fight while others were whisked away for emergency treatment. The sounds of the violent mob echoed around us, but all most of us could hear was the radio chatter—"shots fired inside," "officer severely injured." During the retreat and the three long hours that followed, many of us wondered whether we would leave the building alive.

The memory of this assault on democracy will never leave the officers who resisted it. It has changed many, including myself. Police officers risked their lives to protect our government's basic principles and ensure the will of the American people was expressed and implemented. Among them was Officer Brian Sicknick, who made the ultimate sacrifice in the service of those noble aims.

That day has taught me a lot about the meaning of democracy. The United States of America has been a beautiful experiment for 248 years. Following our example, some countries have succeeded, but many more have fallen short.

From the failures, we have learned, as the founding fathers understood, that the life of a democratic republic depends on the willingness of its people to observe and respect the established values of democracy. When a people are manipulated by a populist, unwilling to follow the established checks and balances of democracy, their will is, in practice, subverted, and so the country backslides into autocracy.

If I am to be clear on one thing, I humbly ask your honor that it be this: in the long term, no country can survive an attack on the legitimacy of its elections by its own leader. That is what was attempted in January 2021. A president, unhappy with his electoral loss, convinced hundreds of thousands of people that the election was stolen and incited a riot in which thousands participated to stop its certification.

Although the defendant and those like them caused me physical pain and mental consternation, both enduring to this day, I do not hold them solely accountable. They were following the lead of a figure whose power, to our detriment, endures in our politics—a figure who, with his rhetorical talents, persuaded people like the defendant that they were defending democracy and the American experiment, paradoxically by attacking its very institutions.

Still, the defendant in this matter attacked an American police officer in an effort to maintain unlawful access to the grounds of the United States Capitol. That is not merely illegal; it is unbecoming of any person who would call themselves a patriot or an American.

Therefore, I hope the defendant is subject to confinement commensurate with their offense and receives media literacy and critical thinking skills classes to teach the skills of evaluating ideas on their own merits and not what another has related.

In closing, I ask your honor to remind the defendant that law enforcement defended democracy on January 6, 2021—and we will continue to do so as often as we must and as fervently as we did that day, no matter who should seek to undermine it.